UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI SMITH,

        Plaintiff

V.

CITY OF LAKELAND, FLORIDA and
LAKELAND POLICE DEPARTMENT,

        Defendants
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action:

    City of Lakeland

    Harris & Helwig, P.A.

    Peter F. Helwig, Esq.

    Lakeland Police Department

    Terri Smith

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    None

3. The name of every other entity which is likely to be an active participant in the proceedings,

including the debtor and members of the creditors' committee (or twnety largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Terri Smith

I hereby certif that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                                   s/ Peter F. Helwig
                                   Peter F. Helwig
                                   Trial Counsel for Plaintiff
                                   Florida Bar No. 0588113
                                   Harris & Helwig, P.A.
                                   6700 South Florida Avenue, Suite 31
                                   Lakeland, FL  33813
                                   Telephone:  (863) 648-2958
                                   Facsimile:  (863) 619-8901
                                   Email: pfhelwig@tampbay.rr.com

**ATTORNEY FOR PLAINTIFF**

Dated at Lakeland, Florida this 21st day of January, 2020.