UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERRI SMITH,**

    Plaintiff,

v.                            Case No. 8:20-cv-41-MSS-JSS

**CITY OF LAKELAND, FLORIDA,**

    **Defendant.**           /

### NOTICE OF MEDIATION CONFERENCE

Terri Smith gives notice that mediation in this case is set for Wednesday, April 12, 2023, before Mediator Carlos J. Burruezo, Burruezo & Burruezo, PLLC, 911 Outer Rd., Orlando, FL 32814-6653, (407) 754-2904. The mediation will be conducted via Zoom.

September 6, 2022                Respectfully submitted,

                                    **/s/ Peter F. Helwig**
                                    Peter F. Helwig
                                    Florida Bar No. 0588113
                                    HARRIS & HELWIG, P.A.
                                    6700 South Florida Avenue, Suite 31
                                    Lakeland, Florida 33813
                                    Phone: (863) 648-2958
                                    Email: pfhelwig@tampabay.rr.com

                                    **/s/ Kathryn S. Piscitelli**
                                    Kathryn S. Piscitelli
                                    Florida Bar No. 368598
                                    P.O. Box 691166
                                    Orlando, FL 32869-1166
                                    Phone: (407) 491-0143

Email: kpiscitelli1@fl.rr.com
Secondary email: kpiscitelli2@gmail.com