

# LAKELAND POLICE DEPARTMENT
Investigative Services Bureau / Criminal Investigations Section

Respect • Integrity • Teamwork • Excellence

TO: CHIEF LARRY GIDDENS
ACOP MIKE LINK, CO/ISB

FROM: CAPTAIN HANS LEHMAN, CO/CIS

DATE: JANUARY 11, 2018

SUBJECT: CLARIFICATION ON EMPLOYEE EVALUATIONS BY SGT. SMITH

Attached are reviews of Ms. Brenda Wallace and Mr. Sean Patterson that have been completed by Sgt. Terri Smith. Based on review of these evaluations and knowledge of team issues that have been addressed within CAIC this past year, this memorandum is being generated to document some concerns observed and to note that the evaluations completed by Sgt. Terri Smith are not a complete and accurate picture of the performance by each employee.

Further, this memorandum was generated to clarify some concerns as when the evaluations are read side by side, there appears to be some bias. This has been an ongoing issue since my arrival just over 6 months ago and can be seen when reviewing Mr. Patterson's 6-month evaluation, 9-month evaluation and now his annual evaluation. In fact, Lt. Sealey and I met with Sgt. Smith about the tone and what appeared to be a lack of objectiveness in the 9-month evaluation as it appeared to be slanted against Mr. Patterson. Lt. Sealey provided her a memorandum that documented concerns with this 9-month evaluation completed on Mr. Patterson and Sgt. Smith was counseled on this.

I have met with Sgt. Smith and even provided her a great book entitled, *The One Minute Mentoring* (from the author of One Minute Manager) that I purchased for her and Mr. Patterson. Further, I will recommend to her that she purchase another book entitled *Managing the Millennials* as I found this book provided great insight and information. Sgt. Smith needs to be more open-minded to ideas and suggestions from all of her subordinates. Change is constant, inevitable and dynamic, especially in dealing with our career field and technology, thus we must be proactive.

I have explained our need for efficiencies and solicited input. To ensure this happens, Sgt. Smith needs to help cultivate a culture in which her team genuinely supports each other in this change process and get on the bus. I am trying to grow the CAIC Unit with the purpose of utilizing a more data driven approach which requires change and I am not sure Sgt. Smith is completely supportive of this or Mr. Patterson. Going forward, Lt. Sealey and I will continue to try work on the noted concerns.

### Evaluations

First, it should be noted that Ms. Brenda Wallace's evaluation was due October 20, 2017 and it was not completed and signed until 12-13-17 after being reminded to have it

**EXHIBIT 13**

completed. My understanding is that Ms. Wallace is topped out so there was not a negative financial impact other than being late.

Upon review of the evaluation, I noted that every category in the evaluation was scored a "7" or Outstanding Performance, though there have been concerns with the CAIC Unit this past year due to personality conflicts, specifically between Ms. Wallace and co-worker Sean Patterson. After reviewing the evaluation, it is my opinion that Sgt. Smith inaccurately scored Ms. Wallace in the Job Knowledge, Organizational Support and Teamwork categories and this will be outlined below.

Ms. Wallace is an excellent employee and valued member of this organization. However, Sgt. Smith neglected to note in her evaluation that Ms. Wallace could also improve her teamwork and relationships skills to get along better with her team as Sgt. Smith noted in Mr. Sean Patterson's evaluation. Part of the issue appears to be the generational gap and philosophical differences between Ms. Wallace and Sgt. Smith when it comes to working with Mr. Sean Patterson.

Upon review of this evaluation, I discussed its content with Lt. Sealey and he also noted the concerns I had about Ms. Wallace receiving a "7" in each category. I told Lt. Sealey, I wanted to meet with Sgt. Smith and did so on Friday, December 29, 2017. The delay was due to scheduling conflicts. It should also be noted that during this evaluation period around July or August, Lt. Sealey had to meet individually with Sgt. Smith, Ms. Wallace, and Mr. Patterson. In fact, because of the personality conflict, Mr. Patterson's training was finished up by Lindsey Morris and Sgt. Smith instead of Ms. Wallace.

During this meeting with Sgt. Smith, I explained my concerns about the perfect evaluation for Ms. Wallace and especially in the "Teamwork" category. I discussed with Sgt. Smith the Teamwork issues that have been brought to my attention within this past year between Ms. Wallace and Mr. Patterson and that I had concerns about this being properly documented and classified as "Outstanding Performance." Sgt. Smith stated the issues were with Mr. Patterson even after I gave her an example of an incident that I saw firsthand in which Ms. Wallace had a "No" reason for any possible change to the way we do Tips when I was discussing the idea with Ms. Wallace and Mr. Patterson one afternoon. Sgt. Smith advised the evaluation was accurate and she was not going to change the evaluation. I explained to her that I would be completing a memorandum regarding the discrepancy. It is apparent that Sgt. Smith believes the conflict rests solely with Mr. Patterson instead of trying to get them both to work better together. Sgt. Smith has done team meetings on occasion, but that does not seem to help.

To explain further, I have noted in detail the inaccuracies in the evaluations of both employees.

### Ms. Brenda Wallace Evaluation

*Category - Job Knowledge/Practical Application*

As noted in the attached evaluation, Sgt. Smith rated Ms. Wallace as a "7" for Job Knowledge. While her performance has exceeded expectations and is above standard, she

2

and other members of LPD were sent to an Intelligence Led Policing Class to expand their knowledge. There are also current processes in place that work for the CAIC Unit, but are not efficient. The practical application part for Ms. Wallace is where I believe improvement could be made. I say this as I am pushing for more use in ESRI ArcGIS mapping and for this to be a key part of advancing the CAIC Unit. Instead of doing more of the same, Ms. Wallace and the entire CAIC Unit will need to expand their knowledge and application of these tools and processes to become more efficient.

Ms. Wallace has done a great job with the creation of things such as SCOPE and the Monthly Narcotics Report to expand our use of Intelligence Led Policing and to assist in finding meaningful targets, but there must also be a focus on finding efficiencies and this is something that could be improved on.

*Category – Organizational Support*

As noted in the attached evaluation, Sgt. Smith rated Ms. Wallace as a "7" for this section. Ms. Wallace does a good job in this category, however, for organizational support to be outstanding, Ms. Wallace and Mr. Patterson need to work together. We all can be strong minded on issues, however, if there is a better way to do a process, we need to explore it and at least try it to see if it will work. In this category, on occasion there was resistance by Ms. Wallace and even Sgt. Smith to try something new to make the organization or process more efficient.

An example of this is has been the recent discussion to move some of the management of crime tips to the www.p3tips.com server where a web-based application and approach could prove helpful. Even Public Safety IT agreed with this as long as CJIS information was not compromised. The server may provide a better way to manage tips and data mine more information in a quicker manner. While we have yet to fully beta test this method, Ms. Wallace seemed unwilling to give it a chance and instead continue with status quo. To support an organization and have it efficient and successful, we must be open-minded and willing to try different processes. This notion again could potentially free up an analyst to do more data mining in support of ILP.

Further, Sgt. Smith states Ms. Wallace does an excellent job of promoting comradery within the new group. I respectfully disagree with this as there would not be tension within the unit if Sgt. Smith, Ms. Wallace and Mr. Patterson were working better together.
Ms. Wallace does a great job, but this could be an area of some improvement that Sgt. Smith failed to discuss.

*Category – Teamwork*

Sgt. Smith rated Ms. Wallace a "7" or Outstanding Performance and this category is the most concerning to me. Since my transfer in June of 2017 to ISB/ISD, there have been personality conflicts and issues that have had to be addressed between Sgt. Smith, Ms. Wallace and Mr. Patterson. I personally have gone to lunch with Sgt. Smith and Ms. Wallace to discuss and met with Mr. Patterson as well to try to understand the issues, mend fences and offer suggestions for improvement. Lt. Sealey has also met personally with them and Sgt. Smith. It is obvious this will be a constant issue we will have to monitor as

3

we try to build some kind of partnership, however, Sgt. Smith failed to note any of this in her evaluation of Ms. Wallace, but did note it in Mr. Patterson's evaluation.

As such, this is very concerning to me as I am also aware of the friendship between Ms. Wallace and Sgt. Smith. This is not fair to Ms. Wallace or Mr. Patterson if this continues. Ms. Wallace is a tenured employee who does a great job at work and Mr. Patterson is a young employee that is trying to learn a new job and mature with the organization. In either instance, both employees should be embraced for career development, mentoring and coaching and this does not appear to be occurring.

*Employee Goal*

The goal noted in the evaluation is based on my push to modernize and make the Crimestopper and TIPS line method more efficient along with the Daily Report and other processes. The current methodology works, but appears antiquated and relies heavily on data entry in lieu of using an available method of a web-based approach for more than half of the tips received. In fact, I have had to resort to reaching out to PCSO personnel to help with some of this automation process that they understand and currently do.

Additionally, while learning some of the processes dealing with Tips, I discovered that only Drug Tips were being tracked by CAIC. Shortly after asking about this, Ms. Wallace implemented tracking other tips such as warrants, frauds, etc. I have asked Sgt. Smith and Ms. Wallace why we were not tracking ALL tips instead of just Drug Tips and never really received a logical answer. Sgt. Smith failed to note this when discussing the goal.

Further, the goal states to develop a method to relay information to SIS. However, there was a method and that was to do a full work-up on each drug Tip and send to SIS regardless of whether they were working the Tip or not. Discussions in a meeting set by me between CAIC and SIS discovered this issue and it was decided not to do full "workups" on Tips until SIS requested the information. This method was inefficient and this was suggested on my part to be able to free up analysts again to do more data mining instead of data entry that the current method required. As such, the statement of the goal by Sgt. Smith is somewhat misleading.

**Mr. Sean Patterson Evaluation**

In contrast to the Ms. Wallace's evaluation, Sgt. Smith's evaluation on Mr. Patterson's is sharply different. Mr. Patterson's evaluation is all "3's" or Standard Performance. While I understand Mr. Patterson is a one year employee and a "3" in these categories is not a major issue, the comments are not entirely accurate or objective. The evaluation also focused more on the negative than ways to improve his performance for the next year or what he has improved on since the six-month or nine-month evaluation.

This too is concerning to me as outlined below as it does not appear Mr. Patterson is getting a completely fair evaluation.

4

*Category – Job Knowledge*

Sgt. Smith rated him a "3", cites that he has been focusing his time on technology and that he needs to focus more of his time learning the basics. The CAIC Unit has a Manual and Training Checklist that he completed. Mr. Patterson is advanced in his use of the computer and seems to understand the importance of efficiency. While I agree that he needs to continue to focus and learn the basics to solidify his foundation, there is absolutely nothing wrong in trying to focus on technology and use it to our advantage. As a department, we are currently getting demonstrations of various CAD/RMS systems for a potential change. The recent ILP class also discussed finding efficiencies so analysts and others could be freed up to data mine and do more intelligence gathering. In Mr. Patterson's defense, he is doing just that, hence his belief and focus on the importance of technology. As such, it appears as if Sgt. Smith does not recognize that. An analyst's job does take time to learn through experiential learning and time cannot be made to go faster. However, when there is downtime, a focus on technology and independent thinking is actually a positive trait.

*Category – Organization Support*

Sgt. Smith rates Mr. Patterson a "3" and states that he needs to continue to work better on his communication with his CAIC co-workers. While I do not dispute this comment, I would also suggest this for Ms. Wallace as it was not noted in her evaluation. Both employees are strong-minded and teamwork could improve, however, I have also seen Mr. Patterson work extremely well with other co-workers and be very supportive of the organization. While Sgt. Smith's comments were fair in this instance, it was not noted in Ms. Wallace's evaluation and it should have been in the interest of being fair and objective to both.

Mr. Patterson is supportive of this organization. He has attended the Citizen Police Academy at Sgt. Smith's direction to learn more about the organization and he continually solicits input/feedback on things to improve from members of CIS as well as other department components and personnel.

Additionally, since his arrival, he created a Case Management Tool based on what CIS was currently using. This CMT is in MS Excel, but runs through a database that he created and now every unit reports on this one document instead of having multiple documents for CIS. This CMT also has a better searchable database for CIS as it is all inclusive, yet none of this was mentioned in his evaluation as part of using his skills in support of the organization.

*Category – Teamwork*

Again Sgt. Smith rates him a "3" and again cites he needs to work better with his co-workers, yet did not cite this in Ms. Wallace's evaluation. I will be the first to admit we all at times could work and communicate better with our coworkers, however, to have documented issues between these two this past year with one being rated Outstanding and the other being rated a Standard Performance is confusing and causes concern.

Further, in the evaluation, Sgt. Smith cites that Mr. Patterson needs to let his co-workers know when he will be gone for periods of more than 15 minutes. While this may be a

5

considered a courtesy, this is not a requirement in policy and is a personal preference by Sgt. Smith. I have heard numerous times from Sgt. Smith that he is never at his desk, however, there are numerous times where I have seen him at his desk working or down the hallway working with a detective on a request. I believe he does provide service to his "customers" in a timely manner and many have his cell number so that they can reach out to him if he is not at his desk. To expound on this further, a couple months back Mr. Patterson was assisting a detective trying to find information on homicide when he received a call from Sgt. Smith asking why he was not at his desk. Sgt. Smith was not in the office and the only way she would have known this is to receive a call advising such. My understanding is this call was from Ms. Wallace. This is an instance of what he has had to deal with on occasion.

**The tension in the unit Sgt. Smith cites is because of two completely different approaches to the job of the analyst.** Ms. Wallace does a good job with her responsibilities and remains at her desk the majority of the time. Mr. Patterson does a good job with his responsibilities and improvement will be expected with more tenure, however, he will get up from his desk and go to the detectives. He also asks a lot of questions. Neither style is necessarily wrong and they both work.

In fact, during the past two weeks when Ms. Wallace has been on vacation and Sgt. Smith was tied up working on UCR, I saw more teamwork and synergy between Mr. Patterson and Ms. Morris than I have ever seen. They both assisted me with a meeting and input on the new version of the Daily Report. During this time, they seem to work well together and were willing to talk through a project and work it together discussing the pros and cons.

*Category – Accountability*

Sgt. Smith cites that Mr. Patterson tends to work too independently with the tenure he has on the job and he should seek guidance of supervision more often than he does. Mr. Patterson has had a bit of an adjustment learning the Chain of Command structure in a police organization, but his independent thinking and trying to discover more efficiencies has also been refreshing. When Sgt. Smith is not here, he does seek the guidance of supervision and bounces ideas off us. As technology changes, so should we. Analysts need to be independent thinkers, be creative and work independently and we should want that to help this agency progress. Sgt. Smith does not seem to recognize this.

Another portion of this issue is with the IOJ of Sgt. Smith. While it is completely out of her control, she has a work restriction of 4 hours a day at the office. This alone necessitates, Mr. Patterson reaching out to others that are in the building. There are numerous times that he has reached out to myself or Lt. Sealey for guidance or ideas. I have had numerous discussions with him about getting things done on time so he can explore newer methods and ideas. As such, he has done an excellent job on a couple of recent projects he has worked on with me regarding the 12 HR CFS Report and the Daily Briefing Report, just as Ms. Wallace has done with SCOPE and the Monthly Narcotics Report.

*Category – Summary*

Mr. Patterson's "Summary" is quite the contrast to Ms. Wallace. Sgt Smith is positive on Ms. Wallace's and mostly negative on Mr. Patterson's. Mr. Patterson's summary points out

6

numerous things he could improve on, but Sgt. Smith fails to state what she plans to do to help him continue to improve. The summary again focuses on his problem with not getting drug tips done in a timely manner and being away from his desk. There has been improvement on these and he is aware of it, but there are so many other components of an analyst's job and there are few mentions of those in the evaluation.

Sgt. Smith states that Mr. Patterson tends to circumvent his supervisor. As noted above, a part of that is due to her current work restriction. When Sgt. Smith is not working he will speak with me or Lt. Sealey or he will speak with me directly when working on something with me. I have had discussions with him on making sure he keeps Sgt. Smith informed of what he is doing. He has made comments though that Sgt. Smith is not receptive to his suggestions and he feels she will not give any of them a chance.

Sgt. Smith notes the Daily Briefing Report in her summary and that it must be done. Mr. Patterson does not dispute that and has only asked if there was a way to automate the process. As a result of discussing with me ("Administrator"), some preliminary research was done and it was discovered that it could be potentially automated. Further, it was discovered that we as an agency have not used the Crime Analysis module in Tiburon/ARS like we should be and that it has been available for years. Thus, the Daily Report will soon be receiving a needed overhaul as it has been in its same format for several years. This is an example of Mr. Patterson wanting to try to find a better way of doing things clashing with what appears to be a supervisor not willing to let the employee explore and learn. In the end, this process could free more time again for analysts to data mine.

Further, with the current work restriction of Sgt. Smith, my desire to push CAIC to another level, finding efficiencies and his enthusiasm, I have taken on the challenge to help develop and mentor him as he is an asset to this organization and should be set up for success.

One other example deals with Case Filing Evaluations (CFEs). Mr. Patterson brought to my attention that the analysts were merely being data entry clerks for a spreadsheet that is now redundant. The process served its purpose several years ago, but it has evolved. In reviewing this process, I also learned from Lt. Cain that the analysts entering the CFE on an excel spreadsheet was not needed as CFEs are being tracked by Felony Intake and by GSS for training issues. This data entry process was modified on January 1st at my direction. It should also be noted that this was not even his responsibility, it was Ms. Morris', but he found an efficiency and should be commended.

Mr. Patterson is confident, but also wants to understand why. Sgt. Smith has told me she explains things to him, but he does not listen. I have also had to remind him of a couple things on occasion, but that is also part of the learning and maturation process. Some people have to be told or explained something more than once and as a supervisor, that is our job.

Mr. Patterson does push to do new things and it is these ideas that force discussion. Society and technology is moving around us at lightning speed and we must have these discussions. If something does not work we can always revert to the old process. Sgt. Smith does not seem to receptive to this.

7

Sgt. Smith notes that he is persistent, but it does not work well with the team and can cause tension or disruption. Mr. Patterson is persistent, but some of the tension is caused by those around who are not willing to try change, shut it down and would rather keep doing the same thing that has been done for years.

Finally, there is some constructive feedback by Sgt. Smith in his evaluation and I would ask him to review it several times as a constant reminder and to map out ways to improve. However, this evaluation is also not as accurate as one would think.

## CONCLUSION

Due to the above documentation, I have concerns about the CAIC Unit. Sgt. Smith is currently on IOJ and works in the office only 4 hours a day and this has also caused some issues. Mr. Patterson is a young employee and needs to be mentored and coached. Lt. Sealey and I have accepted that challenge in the afternoons when Sgt. Smith leaves work.

Sgt. Smith needs to embrace this challenge or issues could continue. Currently, there is a generational conflict occurring that cannot be resolved as Sgt. Smith does not seem willing to be embrace, coach, teach, or mentor Mr. Patterson. The negative is pointed out before the positive and she rarely recognizes his work. On the contrary, Sgt. Smith is quick to recognize Ms. Wallace's work.

Lt. Sealey and I will meet with Sgt. Smith to discuss and provide a copy of this memorandum so the concerns are clear. The expectation will be to get Ms. Wallace and Mr. Patterson to work together better and for Sgt. Smith to be more open-minded towards ideas and change that could make the CAIC Unit she leads more efficient. Lt. Sealey will also discuss the lateness of Ms. Wallace's evaluation with Sgt. Smith to ensure it doesn't happen again. Mr. Patterson's evaluation was submitted on time.

Regardless of rank, our young employees need members that will embrace them and be willing to coach or guide them to success. The new generation of employee expects this and managers that embrace these employees will reap the rewards. I wholeheartedly agree with this and have seen good solutions or improved efficiencies come from Mr. Patterson's ideas. He has the passion to help move CAIC forward and be more innovative and intelligence led rather than be reactive and wait for things to come to the unit.

Respectfully submitted,

Captain Hans Lehman
Criminal Investigations Section


cc/ Lt. Sealey, OIC/CIS
    Sgt. Smith, SUPV/CAIC