

# Lakeland Police Department
## Employee Complaint Form
*(To Be Completed by Person Registering Complaint)*

Lakeland Police Department
Office of Professional Standards
219 N. Massachusetts Avenue
Lakeland, Florida 33801
(863) 834-6900

RECEIVED APR 26 2018
BY: [signature] #33

| Complainant Name: Sean Patterson | Race/Sex: W/M | Date of Birth: [redacted] 1991 |
|---|---|---|
| Address: 219 N. Massachusetts Avenue | City/ST/Zip: Lakeland, FL 33801 | |
| Best Contact Number to Call: (904) 536-7132 Ext: | Best Time to Call: 0800-2000 | Email Address: sean.patterson@lakelandgov.net |

## WITNESS INFORMATION

| Name: | Address: | Phone#: |
|---|---|---|
| Name | Address: | Phone # |
| Name: | Address: | Phone#: |
| Name | Address: | Phone # |

## OFFICER/EMPLOYEE INFORMATION

| Name: Sgt. Terri Smith | Badge/ID# 55 | Car# |
|---|---|---|
| Name: Brenda Wallace/ Crime Analyst | Badge/ID# | Car# |
| Name: | Badge/ID# | Car# |
| Name | Badge/ID# | Car# |

## INCIDENT DETAILS

| Date of Incident: 04/23/2018 | Time of Incident: 12:08 P.M. | Police Report# (if known): |
|---|---|---|

Location of Incident: 219 N. Massachusetts Avenue

## NARRATIVE
*(Please Print Synopsis of Complaint)*

On April 23rd, 2018, I received an email from Sergeant Terri Smith in reference to an incident that occurred on March 23rd, 2018. In the email, I feel that she was correcting me for actions that she deemed to be inappropriate. She was not at work during this time frame and was given misinformation by my co-worker Brenda Wallace. I have attached the two separate email chains that are related to this incident as reference. I feel that Brenda Wallace continually harasses me and runs directly to Sergeant Smith in an attempt to cause me problems in the workplace. I constantly feel pressure from Brenda Wallace and have gone as far asking to move my work station because of this overbearing sense of criticism towards my day to day workload. I feel Brenda is continually trying to get me punished or terminated for what she deems as me not "pulling my weight"....

*(Continue in shaded area on other side)*

NARRATIVE (CONT'D)

1

**EXHIBIT 15**

OPS 003
CityofLkld001025

I feel that this is based on my age and gender, as I am the only male in the unit. Sergeant Smith has been approached by me about my concerns, but I have been met with resistance from her. She has not looked into my complaints fairly or objectively. I feel that she fosters the hostility directed towards me by failing to act. The email attached is a prime example of how Sergeant Smith was given misinformation and immediately jumped at the chance to take, what I feel is corrective action against me in trying to build a false case against me for insubordination. I feel constant pressure from the Brenda Wallace and Sergeant Smith and their bullying tactics.

---

"837.06 False official statements.—Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083."

I, **Sean Patterson** (Print Name), do hereby swear or affirm, under penalty of perjury, that the allegations made by me in this Complaint Form are, to the best of my knowledge and belief, true and correct.

_[signed]_
Signature of Complainant
(Parent or Guardian if Minor)

STATE OF FLORIDA
COUNTY OF POLK

Sworn to and subscribed before me this _____ day of _____, 20__, by _____.

☐ Personally Known to Me
☐ Produced Identification

_____
Law Enforcement Officer (Signature and Badge/Id #)

Notary Public
My Commission Expires: _____

[NOTARY SEAL ABOVE]

---

**AUTHORIZATION FOR ADMINISTRATIVE INVESTIGATION**
*(Office of Professional Standards Use Only)*

Authorizing Member: _[signed]_ (Chief of Police or Designee)    Date Received: 4/20/18

☐ Assign to Supervisor    ☑ Assign to Office of Professional Standards    ☐ Other/See Attached Information

OPS Tracking Number: EIR 18-022
OPS Receiving Member: Y. Riley    Date Received: 4/30/18
Assigned to: _____    Date Assigned: _____

OPS 003
CityofLkld001026