EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2018-01785 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Sean P Patterson | ██████████ | 1991 |

| Street Address | City, State and ZIP Code |
|---|---|
| ████████████ LAKELAND, FL 33805 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| LAKELAND POLICE DEPARTMENT | | (863) 834-6900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 219 N Massachusetts Ave, LAKELAND, FL 33801 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-09-2017    Latest: 04-23-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.   I was hired on January 9, 2017, as a Crime Analyst. I am currently employed in this position. Since my hire, I have been subjected to a hostile work environment by my immediate Supervisor, Sgt. Terri Smith (female) and a female coworker, Brenda Wallace. Ms. Wallace has made reports to Sgt. Terri Smith that are untrue and resulted in Sgt. Smith issuing disciplinary warnings. These accusations and disciplinary warning have affected my performance evaluations. I filed an internal complaint on April 23, 2018, regarding the harassment and hostile work environment and am waiting for the outcome on the internal investigation. II.   As a Supervisor, it is the responsibility of Sgt. Terri Smith to take action to eliminate the hostile work environment. Yet Sgt. Terri Smith has allowed the hostile work environment to exist and has encouraged the harassment to continue by failing to address the issues. III.   I believe I am being discriminated against due to my sex (Male) in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT 7
WIT: Lehman
DATE: 1-12-23
Tami Cline, RMR, CRR

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Sean Patterson on 05-07-2018 04:31 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

RECEIVED HR

MAY 29 2018

P00572

**EXHIBIT 17**