# City of Lakeland

## Employment Personnel Action Request

| Effective Date | Name | Job Req # | EmplID # | Prepared By |
|---|---|---|---|---|
| 9/7/2018 | Smith, Terri A | 0 | 11122 | LFLOW |

| | Current Job Information | Position Information | Change To |
|---|---|---|---|
| Position # | 00002411 | 00002411 | |
| Job Code/Title | 4010 Police Sergeant | 4010 Police Sergeant | |
| Dept Code/Dept Name | 1408100000 Criminal Investigations I | 1408100000 Criminal Investigations I | |
| Plan/Grade/Step | LPD * 0 | LPD 56 0 | |
| Hourly Rate | 38.626120 | | .000000 |
| Work Status | F R | F R | |
| Reports To | 00002402 | 00002402 | |
| Location Code | 1401000000 | 1401000000 | |
| FLSA Status | N | N | |

### Type of Action

**Data Change (DTA)**
- [ ] Department Change
- [ ] FLSA Exemption Change
- [ ] Location Change
- [ ] Reports To Change
- [ ] Status Change
- [ ] Union Activity

**Demotion (DEM)**
- [ ] Disciplinary Action
- [ ] Employee Request
- [ ] Re-Organization
- [ ] Unsatisfactory Performance

**Hire (HIR)**
- [ ] Additional Job

**Rehire (REH)**
- [ ] Rehire

**Paid Leave/Absence (LOA)**
- [ ] FMLA    [ ] FMLA Intermittent
- [ ] Maternity/Paternity
- [ ] Military FMLA
- [ ] Military FMLA Intermittent
- [ ] Military Service
- [x] Paid Administrative Leave
- [x] Return from Leave 9/9/18
- [x] Return from leave 9/7/18

**Pay Rate Changes (PAY)**
- [ ] Merit   [ ] Broadband
- [ ] Adjustment
- [ ] Experience Increase
- [ ] Job Reclassification
- [ ] Pay Study Increase
- [ ] At Risk

**Position Change (POS)**
- [ ] Administrative Reassignment
- [ ] Job Reclassification
- [ ] Position Number
- [ ] Re-Organization

**Promotion (PRO)**
- [ ] Promotion

**Inactive (INA)**
- [ ] Seasonal

**Suspension (SUS)**
- [ ] Disciplinary Action
- [ ] Recall from Suspension

**Terminations (TER)**
- [ ] Death
- [ ] Disability (Partial or Total)
- [ ] Dismissed
- [ ] End of Temporary Employment
- [ ] Non-Eligible for Rehire
- [ ] Resignation
- [ ] Resignation in Lieu of Termination

[ ] Overfill    [ ] Underfill

Please verify the account codes below meet budget requirements for payroll processing

Payroll: 001170700100000020100000    Benefits: 001170 XXXX 000000201000    Stipends? __No __Yes, Submit Stipend Form

Division Head Signature / Date    Department Head or Designee Signature 9/10/18

HR Director or Designee 9/11/18    Approval by City Manager or Designee / Date

BI Report: HR_PAF.rtf Query: HR_PAF

1

**EXHIBIT 19**

**Rewis, Laurie**

**From:** Dormer, Charlie
**Sent:** Monday, September 10, 2018 10:41 AM
**To:** Rewis, Laurie
**Subject:** FW: Sgt. Terri Smith

FYI...

**From:** Link, Michael
**Sent:** Monday, September 10, 2018 10:26 AM
**To:** Lehman, Hans <Hans.Lehman@lakelandgov.net>
**Cc:** White, Victor P <Victor.White@lakelandgov.net>; Pacheco, Steven <Steven.Pacheco@lakelandgov.net>; Sealey, Steven <Steven.Sealey@lakelandgov.net>; Strong, LaDwayna <LaDwayna.Strong@lakelandgov.net>; Dormer, Charlie <Charlie.Dormer@lakelandgov.net>; Link, Michael <Michael.Link@lakelandgov.net>
**Subject:** Sgt. Terri Smith

Captain,

As a follow-up to the conversation this morning after staff, effective Friday, September 7, 2018, Sgt. Terri Smith was placed on administrative leave with pay until further notice. ACOP White will be forwarding the corresponding documents outlining this action to the appropriate personnel.

Mike Link
Assistant Chief of Police
Lakeland Police Department | City of Lakeland
219 North Massachusetts Ave
863-834-8989 (PH) | Michael.link@lakelandgov.net

PUBLIC RECORDS NOTICE:

All e-mail sent to and received from the City of Lakeland, Florida, including e-mail addresses and content, are subject to the provisions of the Florida Public Records Law, Florida Statute Chapter 119, and may be subject to disclosure.

1