# City of Lakeland

## Employment Personnel Action Notification

| Effective Date | | EmplID # |
|---|---|---|
| 2018-09-10 | | 11122 |
| Name | FLSA | Prepared By |
| Smith, Terri A | Nonexempt | DBLYD |

### Current Job Information

| | |
|---|---|
| Position # | 00002411 |
| Job Code/Title | 4010 / Police Sergeant |
| Dept Code | 1408100000 / Criminal Investigations I |
| Plan/Grade/Step | LPD/*/0 |
| Hourly Rate | 38.62612 |
| Work Status | F/R     * Employee did not give 2 week notice. |
| Reports To | 00002402 |
| Location Code | 1401000000 |

### Type of Action/Action Reason

Action:  Retirement with Pay    Reason:  Retire-Benefit

_____   _____   9/10/18
Division Head Signature    Date    Department Head or Designee Signature    Date

_____   _____
HR Director or Designee    Date    Approval by City Manager or Designee    Date

BI Report: RS_RET_NOTIF.rtf  Query: RS_NOTIFICATION_OF_RET_DROP
G:\Access\Master\BI Reports\ RS_RET_DROP_NOTIFICATIONA.rtf

1

**EXHIBIT 20**

To Whom It May Concern,

I hereby tender my resignation from the Lakeland Police Department effective September 10, 2018. This resignation is submitted due to the ongoing hostile work environment, harassment, and gender/age/medical discrimination perpetuated by members of the Lakeland Police Department in my direct chain of command, as well as others, which have made my working conditions intolerable.

Although I filed a complaint regarding this matter in February of 2018, this investigation was not concluded until July, 2018. During this six months I remained in the same position supervised by the same people whose behavior I had complained about. During this time retaliation, harassment, and discrimination continued to occur. I was also treated adversely because of an injury that occurred on the job.

After this investigation concluded the discrimination continued even though another internal affairs investigation validated my original complaints about the unacceptable behaviors of a subordinate. On July 28, 2018, an email was sent by Lieutenant Steve Sealey that contained personal and confidential information about me in the form of a 29-page time line indicating that Lieutenant Sealey had been monitoring my every move and recording anything that he apparently thought could be a violation of policy. This email was sent to 35 people in the Lakeland Police Department. Some of those receiving the email were civilians and sworn, and some are under my direct supervision. This undermined my ability to supervise these individuals. This email caused great anxiety and stress and cast my work ethic and character in a bad light.

After complaining about the hostility, retaliation, and discrimination that is evidenced by these notes emailed by Lieutenant Sealey, I was not given any relief from the situation. I remained under the command of the same supervisors that have been retaliating against me for the past year and a half. Now this supervision has my life under a microscope, looking for any small detail or policy violation so that they can stick it to me. It was obvious after reading the notes of Lieutenant Sealey that I do not have a chance of surviving here. The bias and discrimination has not changed and the hostility and retaliation has intensified.

In addition to this, I was summoned to a meeting with high ranking supervisors and was told that Lieutenant Sealey did not violate any policies in sending out the email containing 29 pages of notes that damaged my reputation. I was told that it was only a "mistake" and that Lieutenant Sealey "attempted to recall the email". I was told that Lieutenant Sealey was simply "documenting" an employee and his demeaning remarks were "his opinion". I find it appalling that there is no accountability attached to such an action. Whether it is an accident or not, the sender of this email is still accountable for the contents as well as the damage this has done to my reputation. In addition to this, no accountability for this action sends a clear message that I have no value to this organization – anything can be said and it is okay.

I have also been singled out for burdensome requirements that are not placed on others. I was given a directive to keep my office door open at all times unless I am in a conference with someone. This directive has not been given to anyone before and was retaliatory. Another is to report "up the chain of command" any time I leave the county – even for a meeting I have been attending for years without ever being

questioned before I filed the complaint. Another was a performance review that was significantly lower than any I have ever had after 23 years of service that was biased and discriminatory. Another was a direct order for my unit to not discuss any "operational" matters with me – only personal. And there are more. It is the "good ole' boy" system alive and under full steam at the LPD – it is a club that bands together with mutual understanding and unspoken words.

I cannot begin to express the toll this last year and a half took on my personal life. I was let down and abandoned by those in power that could have helped me. I was unable to obtain the support I needed from male co-workers to perform my duties. I was demeaned and ridiculed in front of department administrators and my subordinates. I feel humiliated and uncomfortable at work knowing that the email sent out by Lieutenant Sealey is the fodder of the gossip mill at the LPD.

For these reasons I feel that I can no longer continue to work here.

Sincerely,

Terri Smith