|  | **LAKELAND POLICE DEPARTMENT**<br>**GENERAL ORDER** | G.O. 4-4 |
|---|---|---|
| | **HARASSMENT IN THE WORK PLACE** | |
| ORIGINAL ISSUE: 12/01/2011 | RESCINDS: 12/01/2011 | |
| AMENDED: 03/08/2018 CN 2018-005 | | |
| ACCREDITATION STANDARDS: | CALEA 26.1.3 | |
| | CFA None | |
| ASSOCIATED GENERAL ORDERS: | None | |

**PURPOSE:** The purpose of this directive is to maintain a working environment free from all forms of harassment and to provide procedures for the reporting, investigation and resolution of such complaints. [CALEA 26.1.3]

**POLICY:** It is the policy of the Lakeland Police Department that all members have the right to work in an environment free from all forms of harassment. The Department does not condone and will not tolerate the harassment of a member. Therefore, the Department will take direct and immediate action to prevent such behavior and to remedy all reported instances of harassment.

**DEFINITIONS:**

*HARASSMENT - SEXUAL:* In general, sexual harassment can take two forms. First, sexual harassment exists when a member is requested or required to engage in or submit to a sexual act as a term or condition of a job benefit or assignment. Second, sexual harassment may arise when comments, conduct, or actions of a sexual nature by the employer, supervisors, or co-workers create an offensive or hostile working environment for a member.

The Equal Employment Opportunity Commission (EEOC) has published rules regarding sexual harassment. The EEOC rules define "sexual harassment" as unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature, when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

"Sexual harassment" may include but is not limited to:

- Unwanted sexual advances;

- Requests for sexual activity;

- Threats or insinuations that lack of sexual activity will adversely affect a member's (1) employment, (2) wages, (3) promotion, or (4) duty assignment;

- Derogatory comments or jokes about members of the opposite sex;

- Physical contact, such as patting, pinching, grabbing, or by brushing against another's person's body;

- Placing obscene photographs, cartoons, graphics, or suggestive objects in the workplace;

- Obscene gestures.

*HARASSMENT - GENERAL*: Unreasonable conduct by one member which interferes with another member's status or performance by creating an intimidating, hostile, or offensive working environment. Harassment usually involves a course of conduct; however, a single act may constitute harassment if it is sufficiently serious. "Harassment" includes, but is not limited to, ridiculing, mocking or belittling another member. Harassment does not include an assessment of a member's skills, abilities, or performance by a training officer, supervisor or member of the chain-of-command.

## RULES AND PROCEDURES:

### 4-4.1 PROHIBITED ACTIONS [CALEA 26.1.3]

A. No member shall sexually harass another member. [DS 5]

B. No member shall harass another member. [DS 4]

C. No member shall make an offensive or derogatory comment regarding race, color, sex, age, religion, national origin, handicap or marital status, either directly or indirectly, to another member. [DS 3]

### 4-4.2 SUPERVISOR'S RESPONSIBILITIES

A. Each supervisor has the responsibility of assisting any member who comes to that supervisor with a complaint of harassment by documenting the complaint and filing it with the Office of Professional Standards (OPS).

B. Each supervisor is responsible for preventing acts of harassment. This responsibility includes monitoring the working environment on a daily basis for signs of harassment; counseling all members on the types of behavior which are prohibited and the procedures for reporting complaints of harassment; stopping harassment when it is observed, whether or not the involved members are within his/her supervision; and reporting any observed acts of harassment directly to the Office of Professional Standards.

C. Where there has been a complaint of harassment, supervisors are to take immediate action to limit contact between the affected member and the alleged harasser, pending an investigation. [DS 3]

### 4-4.3 MEMBER'S RESPONSIBILITIES

A. Each member is responsible for assisting in the prevention of harassment by refraining from participating in, or encouraging, harassment; immediately reporting acts of harassment to a supervisor; and encouraging any member who confides that he/she is being harassed to report such acts to a supervisor. [DS 1]

B. If a member suspects that they are being harassed, they are encouraged but not mandated to inform the harassing party to stop the harassment, and to keep a record of all harassment, including dates, times, and the nature of incidents.

C. Members who suspect or feel they are being harassed should not ignore the problem because this may encourage the harasser, place the blame on themselves, be embarrassed to talk about it, or resign from their position.

### 4-4.4 REPORTING INCIDENTS OF HARASSMENT [CALEA 26.1.3]

A. Members who feel they are being harassed should report the incident to their supervisor immediately, so that steps can be taken to protect the member from further harassment, and appropriate investigative and disciplinary procedures can be initiated.

B. When reporting sexual harassment to one's immediate supervisor is not practical, members may by-pass the chain-of-command and:

   1. File a complaint with another supervisor, investigators of the Office of Professional Standards, or the Chief of Police; or

   2. File a complaint directly with the City of Lakeland Human Resources Office; or

   3. File a complaint with the EEOC

C. The supervisor or other member to whom a complaint of harassment is made shall document the incident, the name of the person causing the harassment, and the date and time when the incident occurred. [DS 1] The receiver of the complaint shall immediately deliver the complaint to the Office of Professional Standards, and to criminal investigators, if applicable. [DS 1]

D. The Office of Professional Standards is responsible for the investigation of any complaint of harassment. The OIC/OPS will immediately notify the Chief of Police, the Criminal Investigations Section, and the State Attorney's Office if the complaint contains evidence of criminal activity, such as rape, attempted rape, or battery.

E. Complaints of harassment are to be maintained in a secure location in OPS.

### 4-4.5 RETALIATION AGAINST A MEMBER FILING A COMPLAINT

There shall be no retaliation of any kind against a member for filing a harassment complaint or for assisting, testifying, or participating in the investigation of a harassment complaint. [DS 4]

### 4-4.6 COMPLAINT TO OUTSIDE AGENCY

This policy does not preclude a member from filing a complaint or grievance with an appropriate outside agency.

CityofLkld000830

BY ORDER OF:

LARRY GIDDENS
CHIEF OF POLICE

CityofLkld000831