# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TERRI SMITH,**

    Plaintiff,

v.                                  Case No. 8:20-cv-41-MSS-JSS

**CITY OF LAKELAND, FLORIDA,**

    __Defendant.__           /

## Stipulation of Agreed Material Facts

Pursuant to the Court's Case Management and Scheduling Order, the parties agree to the following facts:

1. Just before Sgt. Smith's resignation on September 10, 2018, the CAIC consisted of the following individuals: (1) Plaintiff, a white female aged 63; (2) Gang Liaison Officer Darlene Thompson, a white female aged 54; (3) crime analyst Brenda Wallace, a white female aged 56; (4) crime analyst Lindsey Morris, a white female aged 33; (5) crime analyst Sean Patterson a white male aged 28; (6) felony intake officer Kelly Boone, a white male aged 49; and (7) felony intake officer Nicole Cain, a white female aged 45.

2. On April 12, 2017, Sgt. Smith while on-duty tripped on a leaf-covered tree stump and thereby injured her right leg. Following her injury, she was absent from work for medical treatments, doctors' appointments, physical therapy sessions, surgeries, post-operative recovery, vacations, and call-ins related to her injuries.

3. After her injury, Sgt. Smith was placed on "Light Duty" for block periods of time. Defendant accommodated her injury, including reduction in hours, modified assignment, and/or days off. From March 1, 2018 through September 10, 2018, Plaintiff was out on leave 77.3% of the time, including numerous half days of work.

4. Sgt. Smith underwent knee surgery on March 13, 2018, to repair a meniscus tear related to her fall, and also underwent an Achilles tendon repair surgery on May 16, 2018.

5. Plaintiff on August 20, 2018, requested an additional two weeks of leave for her leg injury. The City allowed her two weeks of personal leave with a return-to-work date of September 7, 2018.

6. Plaintiff did not return to work on September 7, 2018, at which time she was placed on paid administrative leave at the City's expense. On September 10, 2018, Plaintiff submitted a resignation letter. Therein, Plaintiff set out the basis for her resignation as primarily the 2018 Timeline incident. Plaintiff also states her belief that (1) "supervision … [is] looking for any small detail or policy violation so that they can stick it to me," (2) that the 2018 Timeline incident was intentional, and (3) that the LPD is a "good ole' boy" system.

Respectfully submitted June 30, 2023, by:

/s/ Peter F. Helwig
Peter F. Helwig, Trial Counsel
Florida Bar No. 588113
Harris & Helwig, P.A.
6700 S. Florida Ave., Suite 31
P.O. Box 2369

/s/ Robert J. Aranda
Robert J. Aranda, Trial Counsel
Florida Bar No. 998324
Edward Broughton Kerr
Florida Bar No. 1018861
Campbell Trohn Tomayo & Aranda

Lakeland, Florida 33813
E-mail: pfhelwig@tampabay.rr.com

Phone: (863)-648-2958
Fax: (863) 619-8901

Kathryn S. Piscitelli
Florida Bar No. 368598
P.O. Box 691166
Orlando, FL 32869
Phone: (407) 491-0143
Email: kpiscitelli@cfr.rr.com

ATTORNEYS FOR PLAINTIFF

Lakeland, Florida 33806
 r.aranda@cttalaw.com
p.roop@cttalaw.com
(863) 686-0043
(863) 616-1445

ATTORNEYS FOR DEFENDANT