UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI SMITH,

    Plaintiff,

v.                                              Case No.: 8:20-cv-41-MSS-JSS

CITY OF LAKELAND, FLORIDA,

    Defendant.
_____/

**DEFENDANT'S AMENDED LOCAL RULE 3.01(g)
CERTIFICATION**

Defendant, CITY OF LAKELAND, FLORIDA, by and through the undersigned counsel has conducted a good faith conference with counsel for Plaintiff pursuant to Local Rule 3.01(g) regarding Defendant's Motion for Leave to Exceed Page Limitation for Reply Regarding Motion for Summary Judgment (Doc 58). Plaintiff does not object to the motion.

**[Certificate of Service on following page]**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on this 5th day of July, 2023 with the Clerk of Court using CM/ECF which will send an electronic copy to Peter F. Helwig, Esq. at pfhelwig@tampabay.rr.com and Kathryn S. Piscitelli, Esq. at kpiscitelli1@cfl.rr.com.

        CAMPBELL TROHN
TAMAYO & ARANDA, P.A.

*/s/ Robert Aranda*
ROBERT J. ARANDA
Florida Bar No. 998324
r.aranda@cttalaw.com
p.roop@cttalaw.com
w.medich@cttalaw.com
EDWARD B. KERR
Florida Bar No. 1018861
e.kerr@cttalaw.com
Post Office Box 2369
Lakeland, Florida 33806-2369
(863) 686-0043
(863) 616-1445 Fax
Attorneys for Defendant