UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI SMITH,

    Plaintiff,

v.                                Case No. 8:20-cv-41-MSS-JSS

CITY OF LAKELAND, FLORIDA,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION**

Plaintiff Terri Smith hereby designates Peter F. Helwig as lead counsel for Plaintiff in this case.

Dated November 24, 2024.         Respectfully submitted,

/s/ **Peter F. Helwig**
Peter F. Helwig, Lead Counsel
Florida Bar No. 0588113
HARRIS & HELWIG, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Phone: (863) 648-2958
Email: pfhelwig@tampabay.rr.com

/s/ **Kathryn S. Piscitelli**
Kathryn S. Piscitelli
Florida Bar No. 368598
Sass Law Firm
601 W. Dr. Martin Luther King, Jr. Blvd.
Tampa, Florida 33603
Phone: (813) 251-5599
Email: kpiscitelli@sasslawfirm.com