UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERRI SMITH,**

    **Plaintiff,**

v.                                                  Case No. 8:20-cv-41-MSS-JSS

**CITY OF LAKELAND, FLORIDA,**

    **Defendant.**                              /

**Unopposed Motion to Withdraw**

Kathryn S. Piscitelli, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Terri Smith in this action.

I certify that the client consents to the withdrawal.

The withdrawal will not result in a person proceeding pro se.

The withdrawal will not result in a continuance of a trial.

**Local Rule 3.01(g) Certification**

I certify that I have conferred with counsel for Defendant and represent Defendant has no objection to my withdrawal.

December 10, 2024                       Respectfully submitted,

                                                         **/s/ Kathryn S. Piscitelli**
                                                         Kathryn S. Piscitelli
                                                         Florida Bar No. 368598
                                                         Sass Law Firm
                                                         601 W. Dr. Martin Luther King, Jr. Blvd.
                                                         Tampa, Florida 33603
                                                         Telephone: (813) 251-5599

2

Facsimile: (813) 259-9797
Email: kpiscitelli@sasslawfirm.com

2