**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TERRI SMITH,

        Plaintiff,                              Case No. 8:20-cv-00041-MSS-JSS

v.

CITY OF LAKELAND, FLORIDA,

        Defendant.

_____/

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Terri Smith, files this Notice of Supplemental Authority as permitted by Rule 3.01(i) of the Rules of the United States District Court for the Middle District of Florida, to advise the Court of relevant authority of the United States Supreme Court that was published after the conclusion of briefing on Defendant's Motion for Summary Judgment (Doc. 48) on July 6, 2023.

In <u>Muldrow v. City of St. Louis</u>, 601 U.S. 346, 144 S.Ct. 967 (2024), the Supreme Court rejected the argument as stated in Defendant's Motion for Summary Judgment (Doc. 48 at 19-21), and Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 61 at 9) that a heightened standard of harm is required to state a claim for discrimination in terms and conditions of employment. Instead, a plaintiff "need only show some injury respecting her employment terms or conditions." The employment actions

challenged "must have left her worse off, but need not have left her significantly so."

Muldrow, 144 S.Ct. at 977.

>Respectfully submitted,

| HARRIS & HELWIG, P.A. | PETERSON & MYERS, P.A. |
|---|---|
| */s/ Peter F. Helwig* | By: */s/ Stephen R. Senn* |
| Peter F. Helwig | Florida Bar No. 0833878 |
| Florida Bar No. 0588113 | Post Office Box 24628 |
| 94 Woodside Drive | Lakeland, FL 33802-4628 |
| Lakeland, FL 33813-3557 | Telephone (863) 683-6511 |
| Telephone: (863) 648-2958 | Fax (863) 682-8031 |
| Facsimile: (863) 619-8901 | sssenn@petersonmyers.com |
| pfhelwig@tampabay.rr.com | srsservice@petersonmyers.com |

*Attorneys for Plaintiff, Terri Smith*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing Notice of Supplemental Authority has been furnished this 21st day of January, 2025, via the Middle District of Florida CM/ECF system to all counsel of record.

>*/s/ Stephen Senn*
>Stephen R. Senn