UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRI SMITH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 8:20-cv-00041-MSS-JSS

CITY OF LAKELAND, FLORIDA,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, **TERRI SMITH** ("Plaintiff") and Defendant, **CITY OF LAKELAND, FLORIDA**, ("Defendant") (collectively, "Parties") by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice in the above-captioned action, on the grounds that all claims have been fully resolved. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ *Robert J. Aranda* | /s/ *Stephen Senn* |
| Robert J. Aranda, Esq. | Stephen R. Senn, Esq. |
| Florida Bar No. 998324 | Florida Bar No. 083378 |
| Campbell Trohn Tamayo & Aranda | Peterson & Myers |
| P.O. Box 2369 | P.O. Box 24628 |
| Lakeland, FL 33806-2369 | Lakeland, FL 33802-4628 |
| Phone: (863) 686-0043 | Phone: (863) 683-6511 |
| Fax: (863) 616-1445 | Fax: 863) 682-8031 |
| E-mail: r.aranda@cttalaw.com | E-mail: ssen@petersonmyers.com |
| p.roop@cttalaw.com | Attorneys for Plaintiff |
| Attorneys for Defendant | |

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing Joint Stipulation for Dismissal with Prejudice has been furnished this 23rd day of October, 2025, via the Middle District of Florida CM/ECF system to all counsel of record.

*/s/ Stephen Senn*
Stephen R. Senn
